Case 2:19-cv-00404   Document 15   Filed on 04/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOWNSEL MYERS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-404 |
| | § | |
| NUECES COUNTY JAIL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**TO IMPOSE SANCTIONS AGAINST PLAINTIFF**

On March 2, 2020, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Impose Sanctions Against Plaintiff" (D.E. 11). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 11), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **ORDERS**

Plaintiff to pay into the registry of the Court $100.00 as a sanction for filing this action and Plaintiff's other pending actions where recommendations of frivolousness have been issued. The Court further **ORDERS** that Plaintiff is **BARRED** from filing any civil actions in this Court without first satisfying this monetary sanction and obtaining the permission of a district court or magistrate judge to proceed.

ORDERED this 23rd day of April, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE